**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-2045**

_____

KHALILAH JOHNSON,

             Plaintiff - Appellant,

        v.

UNITED PARCEL SERVICE, INC.,

             Defendant - Appellee,

        and

INTERNATIONAL BROTHERHOOD OF TEAMSTERS; TEAMSTERS LOCAL
UNION NO. 355,

             Defendants.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:14-cv-04003-RDB)

_____

Submitted:  February 17, 2017      Decided:  February 23, 2017

_____

Before NIEMEYER, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Khalilah Johnson, Appellant Pro Se.   Jill Schultz Distler,
Emmett F. McGee, Jr., JACKSON LEWIS PC, Baltimore, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khalilah Johnson appeals the district court's order granting summary judgment to her employer on her retaliation claim. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Johnson's informal brief does not challenge the basis for the district court's disposition, Johnson has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, although we grant Johnson leave to proceed in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED